# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GEORGE MITCHELL**                                                              **PLAINTIFF**

**VS.**                  **CASE NO. 4:17CV00250 PSH**

**UNION PACIFIC RAILROAD**
**COMPANY**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice. The relief sought is denied.

IT IS SO ORDERED this 7th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE